HANNAH CLARK, Respondent, *v.* GEORGE H. BRADLEY, as Executor, etc., Appellant.

(Argued October 13, 1893; decided October 27, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which reversed an order of Special Term setting aside a judgment in favor of defendant entered upon the report of a referee and granting a new trial and which affirmed said judgment.

*Leon M. Sherwood* for appellant.

*John H. White* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

FRANK GOFF, an Infant, etc., Respondent, *v.* FREDERICK AKERS, Appellant.

(Argued October 13, 1893; decided October 27, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*James P. Niemann* for appellant.

*Charles Steckler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.